No. D–788. IN RE DISBARMENT OF CATES. It is ordered that Michael H. Cates, of Key West, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within

40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.